FILED
CLERK, U.S. DISTRICT COURT

OCT 2 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

WILLIE LEE MITCHELL JR.,        )   NO. CV 09-7687-AG(E)
                                )
            Petitioner,         )
                                )
      v.                        )   JUDGMENT
                                )
URIBE DOMINGO JR., Warden,      )
                                )
            Respondent.         )
                                )
_____)


     Pursuant to the Order Adopting Findings, Conclusions and
Recommendations of United States Magistrate Judge,


     IT IS ADJUDGED that the Petition is denied and dismissed with
prejudice.


     DATED: _October 29_____, 2010.



                              _____
                              ANDREW J. GUILFORD
                              UNITED STATES DISTRICT JUDGE